McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Jonathan W Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Renee M Maxfield
Nevada Bar No. 12814
  *renee.maxfield@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:      (702) 949-1100
Facsimile:      (702) 949-1101

Attorneys for GEICO ADVANTAGE
INSURANCE COMPANY erroneously sued and
served herein as GEICO INSURANCE
COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| JUAN IBARRA, individually,<br><br>Plaintiff,<br><br>v.<br><br>GEICO INSURANCE COMPANY, an entity licensed to do business in the State of Nevada; DOES I through V; and BUSINESS ENTITIES I through V, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00703-JCM-BNW<br><br>**STIPULATION AND ORDER TO DISMISS THE SECOND, THIRD AND FOURTH CAUSES OF ACTION IN PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE AND TO WITHDRAW DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO SEVER/BIFURCATE AND TO STAY CLAIMS FOR BAD FAITH AS MOOT** |

Both parties, by and through their counsel of record do hereby stipulate as follows:

**IT IS HEREBY STIPULATED** that the second, third and fourth causes of action in Plaintiff's Complaint be dismissed without prejudice;

**IT IS FURTHER STIPULATION** that in light of the parties' Stipulation to Dismiss the

/ / /

/ / /

/ / /

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET
ROAD, SUITE 350
LAS VEGAS, NV 89113

STIPULATION AND ORDER TO DISMISS THE SECOND, THIRD AND FOURTH CAUSES OF ACTION IN
PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE AND TO WITHDRAW DEFENDANT'S MOTION TO
DISMISS, OR IN THE ALTERNATIVE, TO SEVER/BIFURCATE AND TO STAY CLAIMS FOR BAD FAITH
AS MOOT

1   second, third and fourth causes of action without prejudice that GEICO's Motion to Dismiss, or in the

2   Alternative, to Sever/Bifurcate and to Stay is moot and is therefore withdrawn.

3         DATED this 7th day of May, 2020

4                   GREENMAN GOLDBERG RABY & MARTINEZ

5

6                   By      /s/ William Martin
                        Gabriel A Martinez, Nevada Bar No. 326

7                           Dillon G. Coil, Nevada Bar No. 11541
                        William Martin, Esq., Nevada Bar No. 2534

8                           2770 South Maryland Parkway, Suite 100
                        Las Vegas, NV 89109

9                           Tel. (702) 384-1616

10                          Attorneys for Juan Ibarra

11        DATED this 7th day of May, 2020

12                  McCORMICK, BARSTOW, SHEPPARD,
                WAYTE & CARRUTH LLP

13

14

15                  By      /s/ Wade M. Hansard
                        Wade M. Hansard, Nevada Bar No. 8104

16                          Jonathan W. Carlson, Nevada Bar No. 10536
                        Renee M. Maxfield, Nevada Bar No. 12814

17                          8337 West Sunset Road, Suite 350
                        Las Vegas, Nevada 89113

18                          Tel. (702) 949-1100

19                          Attorneys for GEICO ADVANTAGE
                        INSURANCE COMPANY, erroneously sued and

20                          served as GEICO INSURANCE AGENCY, INC.

21                        **ORDER**

22  IT IS SO ORDERED.

      DATED May 8, 2020.

23

24

25                  By                            
                      UNITED STATES DISTRICT COURT JUDGE

26

27  6817523.1

28                    2           Case No. 2:20-cv-00703-JCM-BNW

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET
ROAD, SUITE 350
LAS VEGAS, NV 89113